AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and All funds and other things of value in Montgomery County Teachers Federal Credit Union account #xxxxx, held in the name of **PEDRO JULIO PRANDY**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Debra LaPrevotte_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Federal Bureau of Investigation__ and have reason to believe that in the District of Maryland there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds and other things of value in Montgomery County Teachers Federal Credit Union account #xxxxx, held in the name of **PEDRO JULIO PRANDY**

which are (state one or more bases for seizure under the United States Code)

proceeds of illegal drug trafficking, in violation of Title 21, U.S.C., Sections 841 and 846, which funds are, therefore, subject to forfeiture

concerning a violation of Title __21__ United States Code, Section(s) __881 (a)(6)__. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William J. O'Malley, Jr.
Asset Forfeiture Unit, Criminal Division
(202) 305-1749

Signature of Affiant
Debra LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

Case 1:05-mj-00366-JMF     Document 1     Filed 06/24/2005     Page 2 of 2