AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and All funds and other things of value in Montgomery County Teachers Federal Credit Union account #19493, held in the name of **PEDRO JULIO PRANDY**

**SEIZURE WARRANT**

CASE NUMBER: 05 - 0366 M - 01

TO:  Debra LaPrevotte, FBI,  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Debra LaPrevotte_ who has reason to believe that in the District of Maryland there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds and other things of value in Montgomery County Teachers Federal Credit Union account #19493, held in the name of **PEDRO JULIO PRANDY**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 24 2005

Date and Time Issued  JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D. C.

*[signature]*

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/24/05 | 6/24/05  4:58pm | Sherrie Rule, MCT Fed Credit Union |

INVENTORY MADE IN THE PRESENCE OF       N/A

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One check payable to the U.S. Marshal Service in the amount of $24,138.47.

FILED
OCT 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  10/21/05
U.S. Judge or U.S. Magistrate Judge    Date